COGGINS v. THE STATE.

LEWIS, J.  The evidence, though entirely circumstantial, was sufficient to show the guilt of the accused beyond a reasonable doubt, and to the exclusion of every other rational hypothesis except that of guilt.

*Judgment affirmed.  All the Justices concurring.*

Submitted December 4, 1899. — Decided January 24, 1900.

Indictment for burglary. Before Judge Russell. Gwinnett superior court. October term, 1899.

*R. W. Peeples*, for plaintiff in error.
*C. H. Brand, solicitor-general*, contra.